NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
*USTPRegion17.RE.ECF@usdoj.gov*
300 Booth Street, Room 3009
Reno NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
August B. Landis

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No: BK-N-12-52008-BTB |
| | Chapter:   11 |
| SHAMROCK ASSET HOLDINGS, LLC, | |
| | **MOTION TO DISMISS CASE** |
| | |
| | Hearing Date:  Nov. 7, 2012 |
| | Hearing Time:  10:00 a.m. |
| Debtor. | Est. Time:  5 min. |

    The Acting United States Trustee, moves this Court for an order dismissing this case based upon the following points and authorities, together with any argument to be presented at the hearing hereon.

    Debtor has not appeared through counsel.  Presently no motion to employ counsel for the Debtor is pending.  Corporations may not appear in Federal Court, except through counsel.[1] L.R. 9010.  See  In re Bellerive Springs Bldg. Corp., 127 B.R. 219 (Bankr. E.D. Mo. 1991); In re Video Systems Design & Sales, Inc., 129 B.R. 196 (Bankr. W.D. Mo. 1991) (debtor as an artificial person cannot represent itself pro se); and In re New Concept Housing, Inc., 951 F. 2d

---

[1] Federal Rule of Bankruptcy Procedure 9010 (a) provides that a party may appear in a case under the Code and act in the entity's own behalf.  But see Advisory Committee Note (1983) to FRBP 9010 (rule does not purport to change prior prohibitions against pro se filings).

1  932, 939-40 (8th Cir. 1991) (affirmed District Court holding dismissing debtor's motion for rehearing because it was filed <u>pro se</u> in violation of well-established rule that a corporation must be represented by counsel in bankruptcy proceedings).

WHEREFORE, the US Trustee respectfully requests the Court enter an order dismissing this case based upon the Debtor's inability to proceed under chapter 11 without licensed counsel, and grant such other and further relief as is deemed appropriate.

DATED this 29th day of August, 2012.

                                      Respectfully submitted,

Nicholas Strozza
State Bar # CA 117234
Assistant United States Trustee
300 Booth Street, #3009
Reno NV 89509
(775) 784-5335

**/s/ WILLIAM B. COSSITT**
_____
Attorney for Acting United States Trustee
August B. Landis

**CERTIFICATE OF SERVICE**

1. On August 29, 2012, I served the foregoing MOTION TO DISMISS CASE.

2. I served the above-named document (by the following means to the persons as listed below:

☐    a. ECF System:

☒    b. U.S. Mail, postage fully prepaid (list persons and addresses):

SHAMROCK ASSET HOLDINGS, LLC
6 EAST 5TH STREET, STE. LL3
TULSA, OK  74103

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 29th day of August, 2012

              **/s/ Kimberly Flores**
              KIMBERLY FLORES